UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LAURA JEAN KILPATRICK,<br>    Plaintiff,<br><br>    v.<br><br>ANDREW M. SAUL,<br>    Defendant. | )<br>)<br>)<br>)  Civil Action No.<br>)  19-11657-IT<br>)<br>)<br>)<br>)<br>) |

# ORDER

**TALWANI, D.J.**

On August 6, 2019, Laura Jean Kilpatrick filed a Complaint [#1] accompanied by an Application to Proceed in District Court without Prepaying Fees or Costs [#2]. On August 19, 2019, the court denied without prejudice Kilpatrick's application. *See* Order on Application to Proceed in District Court without Prepaying Fees or Costs [#5]. The Order directed Kilpatrick to either pay the filing fee or file a renewed application. *Id.*

To date, Kilpatrick has not responded to the Order and the time to do so has expired. It is a long-established principle that this court has the authority to dismiss an action *sua sponte* for a party's failure to prosecute her action and her failure to follow the court's Orders. Fed. R. Civ. P. 41(b).

Accordingly, for the failure to comply with the August 19, 2019 Order, this action is hereby DISMISSED WITHOUT PREJUDICE.

**So ordered.**

                   /s/ Indira Talwani
                   Indira Talwani
                   United States District Judge

Dated: September 19, 2019